

JOHN E. BRAGONJE (NV SBN 4078)
John.Bragonje@wbd-us.com
**WOMBLE BOND DICKINSON (US) LLP**
8488 Rozita Lee Avenue, Suite 400
Las Vegas, NV  89113
Tel: 702.949.8200
Fax: 702.949.8398

*Attorney for Defendant Hyundai Capital America dba Kia Motor Finance*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RICKY VARNI, | ) |
| | ) Civil Case No. 2:25-cv-02293 |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC. and HUNDAI CAPITAL AMERICA dba KIA MOTOR FINANCE, | ) **STIPULATION TO EXTEND** ) **DEADLINE TO RESPOND TO** ) **COMPLAINT** ) ) |
| | ) |
| Defendants. | ) |
| | ) |

THIS STIPULATION is entered into by and between Defendant Hyundai Capital America dba Kia Motor Finance ("HCA") and Plaintiff Ricky Varni ("Plaintiff", and together with Hyundai, the "Parties"), by and through their respective counsel of record, to extend HCA's deadline to respond to Plaintiff's Complaint from December 11, 2025 until January 12, 2026 based on the following:

WHEREAS, Plaintiff filed the Complaint on November 19, 2025.

WHEREAS, Plaintiff served the Summons and Complaint on HCA on November 20, 2025.

WHEREAS, based on the date of service of the Summons and Complaint, HCA's current deadline to respond to the Complaint is December 11, 2025.

WHEREAS, HCA recently retained the undersigned counsel to represent it in this action.

4927-5871-0910.1

NOW, THEREFORE, based on the foregoing and subject to Court approval, the Parties agree as follows:

1. The Parties stipulate and agree to extend the deadline for HCA to respond to the Complaint, up to and including January 12, 2026, to allow HCA sufficient time to analyze and investigate the allegations in the Complaint, and to prepare a response thereto.

2. This extension request is sought in good faith and is not made for the purpose of delay.

**IT IS SO STIPULATED**.

Dated December 11, 2025

**WOMBLE BOND DICKINSON (US) LLP**

By: */s/ John E. Bragonje*
JOHN E. BRAGONJE (SBN 9519)
John.Bragonje@wbd-us.com
8488 Rozita Lee Avenue, Suite 400
Las Vegas, NV  89113
Tel: 702.949.8200
Fax: 702.949.8398

*Attorneys for Defendant, Hyundai Capital America dba Kia Motor Finance*

Dated:  December 11, 2025

**FREEDOM LAW FIRM, LLC**

By: */s/ Gerardo Avalos*
GEORGE HAINES
Nevada  Bar No. 9411
GERARDO AVALOS
Nevada Bar No. 15171
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123

*Attorneys for Plaintiff Ricky Varni*

4927-5871-0910, v. 1

## ORDER

Upon stipulation of the Parties, and good cause appearing therefor, IT IS HEREBY ORDERED that Defendant Hyundai Capital America dba Kia Motor Finance, shall have until January 12, 2026 to file a response to the Complaint.

**IT IS SO ORDERED.**

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
12-18-25

Respectfully submitted,

**WOMBLE BOND DICKINSON (US) LLP**

By: */s/ John E. Bragonje*
JOHN E. BRAGONJE (SBN 9519)
John.Bragonje@wbd-us.com
8488 Rozita Lee Avenue, Suite 400
Las Vegas, NV  89113
Tel: 702.949.8200
Fax: 702.949.8398

*Attorneys for Defendant, Hyundai Capital America dba Kia Motor Finance*

4927-5871-0910, v. 1