George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 205
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Ricky Varni*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

|  |  |
|---|---|
| Ricky Varni, | Case No.: 2:25-cv-02293 |
| Plaintiff, | |
| v. | **Unopposed Motion for Extension of Time to File Dismissal Documents** |
| Equifax Information Services LLC; Experian Information Solutions, Inc. and Hyundai Capital America dba Kia Motor Finance, | |
| Defendants. | |

The dispute between Ricky Varni ("Plaintiff") and Equifax Information Services LLC ("Defendant") (together as the "Parties") has been resolved.

On February 11, 2026, Plaintiff filed a Notice of Settlement and requested 60 days to file dismissal documents. ECF No. 23.

Accordingly, Plaintiff, by and through counsel, hereby submits this Unopposed Motion for Extension of Time to File Dismissal Documents.

The parties have reached settlement terms, and the settlement agreement is

_____

STIPULATION                    - 1 -

awaiting final approval and signatures. Once the settlement agreement is finalized, Plaintiff will dismiss the claims against Defendant with Prejudice.

Plaintiff requests, and Defendant does not oppose the request, that all pending dates and filing requirements as to Plaintiff and Defendant continue to be vacated and that the Court allow the parties an additional 30 days, until on or before **May 12, 2026**, to file dismissal documents.

Dated: April 10, 2026.

Respectfully submitted,

**FREEDOM LAW FIRM**

 /s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 205
Las Vegas, Nevada 89123
*Counsels for Ricky Varni*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED:_ April 15, 2026          _____

STIPULATION                    - 2 -