George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 205
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Ricky Varni*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Ricky Varni,<br><br>Plaintiff,<br>v.<br><br>Equifax Information Services LLC; Experian Information Solutions, Inc. and Hyundai Capital America dba Kia Motor Finance,<br><br>Defendants. | Case No.: 2:25-cv-02293<br><br>**Stipulation of dismissal of all claims between Plaintiff and Hyundai Capital America dba Kia Motor Finance with prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Ricky Varni and Hyundai Capital America dba Kia Motor Finance stipulate to dismiss all claims between Plaintiff and Hyundai Capital America dba Kia Motor Finance with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: July 29, 2026.

**FREEDOM LAW FIRM**

/s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 205
Las Vegas, Nevada 89123
*Counsel for Plaintiff*

**WOMBLE BOND DICKINSON (US) LLP**

/s/ *Anona Su*
John E. Bragonje, Esq.
Anona Su, Esq.
8488 Rozita Lee Ave, Suite 400
Las Vegas, NV 89113
*Counsel for Hyundai Capital America dba Kia Motor Finance*

IT IS SO ORDERED:

UNITES STATES DISTRICT JUDGE

DATED: July 29, 2026